## Fruin Colnon Contracting Co. v. Chatterson, et al.

(Decided June 16, 1911.)

Appeal from Jefferson Circuit Court

(Chancery Branch, First Division).

OPINION OF THE COURT BY JUDGE SETTLE—Affirming.

This case is affirmed by an equally divided court. JUDGE MILLER not sitting.